IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FERNANDO EFREN ORNELAS ARREOLA,

Petitioner,

vs.

WARDEN OF THE SARPY COUNTY JAIL, in their official capacity, et al.,

Respondents.

8:26-CV-710

ORDER

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the Sarpy County Jail in Papillion, Nebraska. Rule 1(b) of the Rules Governing Section 2254 Proceedings for the United States District Courts permits the Court to apply any or all of those rules to habeas corpus petitions arising under 28 U.S.C. § 2241. The Court chooses to apply Rule 4, which requires the clerk to serve a copy of the petition and any order on the respondents or any other appropriate officers.

IT IS ORDERED:

1. For service of process on Respondent Warden of the Sarpy County Jail in his official capacity, the Clerk of the Court is directed to complete a summons form and a USM-285 form using this address, as specified in Neb. Rev. Stat. § 25-510.02(2) for service upon a county:

Deb Houghtaling, County Clerk/ROD
1210 Golden Gate Dr. Suite 1250
Papillion NE 68046

2. The Clerk shall then forward these completed forms, together with two copies each of the Petition (filing 1), the Court's Order to Show Cause (filing 3), and this Order, to the Marshals Service for service upon Respondent Warden by certified mail or other authorized method. *See* Fed. R. Civ. P. 4(e).

3. The United States Marshal shall serve process on Warden in this case without prepayment of fees from the petitioner.

Dated this 13th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge