IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FERNANDO EFREN ORNELAS ARREOLA,

Petitioner,

vs.

WARDEN OF THE SARPY COUNTY JAIL, in their official capacity, et al.,

Respondents.

8:26-CV-710

ORDER

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the Sarpy County Jail in Papillion, Nebraska. Rule 1(b) of the Rules Governing Section 2254 Proceedings for the United States District Courts permits the Court to apply any or all of those rules to habeas corpus petitions arising under 28 U.S.C. § 2241. The Court chooses to apply Rule 4, which requires the clerk to serve a copy of the petition and any order on the respondents or any other appropriate officers.

IT IS ORDERED that the Clerk of the Court shall, before docketing this order, add Kayla L. Starbuck of the Sarpy County Attorney's Office as counsel for Warden of the Sarpy County Jail, and shall after doing so regenerate the filing for:

1. The petition (filing 1),
2. The Court's order to show cause (filing 3),
3. The federal respondents' response (filing 6),
4. The federal respondents' index (filing 7),
5. The federal respondents' declaration (filing 8), and
6. The federal respondents' certificate (filing 9).

Dated this 17th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge